IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Andre Valentine, | ) | Case No.: 1:13-cv-2627-TLW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ali Management, *doing business as* Sunoco; Nadeem Sheikh; Shahid Zamir, *as agent of the Defendants*; SC Aiken, Inc.; SC Sumter Broad, Inc.; SC Sumter Guignard, Inc.; SC Georgetown, Inc.; and Aliya Sheikh, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

On September 25, 2013, the Plaintiff, Andre Valentine, filed this action alleging race discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964 codified at 42 U.S.C. § 2000e *et seq.* (ECF No. 1), and pursuant to 42 U.S.C. § 1981. This matter now comes before this Court for review of the Report and Recommendation ("Report") filed by Magistrate Judge Shiva V. Hodges, to whom this case was previously assigned. (ECF No. 68). In the Report, the Magistrate Judge recommends that the Court deny Defendants' motion for summary judgment (ECF No. 66) but permit the moving Defendants to file a motion in compliance with the Federal Rules of Civil Procedure and Local Civil Rules before the expiration of the dispositive motion deadline. Objections to the Report were due by January 23, 2015. No objections were filed.

1

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See <u>Camby v. Davis</u>, 718 F.2d 198, 199 (4th Cir. 1983).

This Court has carefully reviewed the Report, the record, and the relevant authority. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation (ECF No. 68) is **ACCEPTED.** The motion for summary judgment (ECF No. 66) is **DENIED** without prejudice. The moving Defendants are permitted to file a motion in compliance with the Federal Rules of Civil Procedure and Local Civil Rules before the expiration of the dispositive motion deadline.

**IT IS SO ORDERED**.

                                                    <u>s/Terry L. Wooten</u>
                                             Chief United States District Judge

June 4, 2015
Columbia, South Carolina