IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| Andre Valentine, | ) | C/A No.: 1:13-2627-TLW-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ali Management, doing business as Sunoco; Nadeem Sheikh; Shahid Zamir, as agent of the Defendants; SC Aiken, Inc.; SC Sumter Broad, Inc.; SC Sumter Guignard, Inc.; SC Georgetown, Inc.; and Aliya Sheikh, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff filed this action on September 25, 2013. [ECF No. 1]. Pursuant to the first amended scheduling order entered on March 3, 2015, discovery was to be completed by June 1, 2015, with dispositive motions, if any, to be filed by no later than June 30, 2015. [ECF No. 77]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

*Shiva V. Hodges*

September 10, 2015                    Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge